IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          1:12cr6-WS/GRJ

JAMES RAY WILLIAMS,                                      1:13cv68-WS/GRK

        Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION TO VACATE SENTENCE

    Before the court is the magistrate judge's second report and recommendation docketed August 12, 2014 (doc. 229).  The magistrate judge recommends that Defendant's motion to vacate, set aside, or correct sentence be granted, that counsel be appointed for Defendant, and that Defendant's sentence be vacated and reimposed.  The government does not object to the relief requested.

    Having carefully considered the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 229) is adopted

and incorporated by reference in this order of the court.

    2.  Defendant's motion to vacate sentence (doc. 215) is GRANTED.

    3.  Barbara Sanders, Esq., shall be appointed to represent Defendant.

    4.  The clerk shall schedule a status conference at the earliest time practicable.

    5.  The clerk shall close Case No. 1:13cv68-WS/GRJ.

DONE AND ORDERED this ___18th___ day of ___September___, 2014.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE